```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**COREY EUGENE BENTON,**          :

    **Plaintiff,**               :

vs.                                :   **CIVIL ACTION 14-00544-WS-B**

**STATE OF ALABAMA,** *et al.*,    :

    **Defendants.**              :


## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE** this 24th day of April, 2015.

                                  **s/WILLIAM H. STEELE**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**